1  Mark E. Merin (State Bar No. 043849)
2  Paul H. Masuhara (State Bar No. 289805)
   LAW OFFICE OF MARK E. MERIN
3  1010 F Street, Suite 300
   Sacramento, California 95814
4  Telephone:    (916) 443-6911
   Facsimile:    (916) 447-8336
5  E-Mail:       mark@markmerin.com
                 paul@markmerin.com
6
     Attorneys for Plaintiff
7    FRANCISCO MUNOZ

8  STEVEN J. ROTHANS – State Bar No. 106579
9  JONATHAN D. REDFORD – State Bar No. 230389
   CARPENTER, ROTHANS & DUMONT LLP
10 500 South Grand Avenue, 19th Floor
   Los Angeles, CA 90071
11 (213) 228-0400
   (213) 228-0401 [Fax]
12 srothans@crdlaw.com; jredford@crdlaw.com

13   Attorneys for Defendants
     BOARD OF TRUSTEES OF THE CALIFORNIA
14   STATE UNIVERSITY, SACRAMENTO STATE
     POLICE DEPARTMENT, MARK IWASA,
15   VINCENT BURTON, and DOUGLAS NGUYEN

16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19                         SACRAMENTO DIVISION

20 | FRANCISCO MUNOZ,                          | Case No. 2:21-cv-01692-MCE-CKD
21 |                Plaintiff,                 | **JOINT STIPULATION FOR**
22 | vs.                                       | **SETTLEMENT CONFERENCE; ORDER**
23 | BOARD OF TRUSTEES OF THE CALIFORNIA
24 | STATE UNIVERSITY, SACRAMENTO STATE
   | POLICE DEPARTMENT, MARK IWASA,
25 | VINCENT BURTON, DOUGLAS NGUYEN,
   | and DOE 1 to 5,
26 |                Defendants.
27
28
                                    1

**JOINT STIPULATION FOR SETTLEMENT CONFERENCE**

Pursuant to E.D. Cal. L.R. 270, the parties—Plaintiff Francisco Munoz ("Plaintiff") and Defendants Board of Trustees of the California State University, Sacramento State Police Department, Mark Iwasa, Vincent Burton, and Douglas Nguyen's (collectively, "Defendants")—submit the following Joint Stipulation for Settlement Conference.

WHEREFORE, the parties have agreed to participate in an early settlement conference before Magistrate Judge Kendall J. Newman;

WHEREAS, the parties have contacted and confirmed the availability of their principals and Magistrate Judge Newman to conduct a settlement conference in this matter on September 2, 2022, at 9:00 a.m.; and

Now, THEREFORE, the parties jointly agree that this matter shall be referred to Magistrate Judge Kendall J. Newman for a settlement conference on September 2, 2022, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: June 20, 2022

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
    Mark E. Merin
    Paul H. Masuhara

    Attorneys for Plaintiff
    FRANCISCO MUNOZ

Dated: June 20, 2022

Respectfully Submitted,
CARPENTER, ROTHANS & DUMONT LLP

*/s/ Jonathan D. Redford*
(as authorized on June 20, 2022)

By: _____
    Steven J. Rothans
    Jonathan D. Redford

    Attorneys for Defendants
    BOARD OF TRUSTEES OF THE CALIFORNIA
    STATE UNIVERSITY, SACRAMENTO STATE
    POLICE DEPARTMENT, MARK IWASA,
    VINCENT BURTON, and DOUGLAS NGUYEN

2

**JOINT STIPULATION FOR SETTLEMENT CONFERENCE; ORDER**
*Munoz v. Bd. of Trs. of the Cal. State Univ.*, United States District Court, Eastern District of California, Case No. 2:21-cv-01692-MCE-CKD

**ORDER**

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

This matter is REFERRED to Magistrate Judge Kendall J. Newman for a settlement conference.

The settlement conference is SCHEDULED for September 2, 2022, at 9:00 a.m.

IT IS SO ORDERED.

DATED: June 29, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

3

**JOINT STIPULATION FOR SETTLEMENT CONFERENCE; ORDER**
*Munoz v. Bd. of Trs. of the Cal. State Univ.*, United States District Court, Eastern District of California, Case No. 2:21-cv-01692-MCE-CKD